UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMANDA REED,

        Plaintiff,

   -against-

PATHMARK,

        Defendant.

------------------------------------------------------------X

**JURY DEMAND**

08 CV 1254 (GEL)

    **PLEASE TAKE NOTICE**, that defendant Pathmark Stores, Inc. hereby demands a trial by a jury.

Dated: Mineola, New York
       February 8, 2008

    Respectfully submitted,

    KRAL, CLERKIN, REDMOND, RYAN,
       PERRY & GIRVAN, LLP
    Attorneys for Defendant
    Office & P.O. Address
    69 East Jericho Turnpike
    Mineola, New York 11501
    (516) 742-3470

    BY:_____
       HENRY M. PRIMAVERA (8788)

TO: RIOS & LEVY, LLP
    Attorneys for Plaintiff
    200 Schermerhorn Street, Suite 211
    Brooklyn, New York 11201
    (212) 932-1655

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMANDA REED,

                Plaintiff,                           CV 08

        -against-                          AFFIDAVIT OF
                                                 SERVICE
PATHMARK,

                Defendant.

------------------------------------------------------------X
STATE OF NEW YORK )        ) ss.:
COUNTY OF NASSAU  )

        LORETTA GRECO, being duly sworn, deposes and says:
        That your deponent is not a party to the action and is over the age of 18 years and on February 8, 2008 deponent served the within JURY DEMAND upon the attorneys for the respective parties to this action as follows:

RIOS & LEVY, LLP
Attorneys for Plaintiff
200 Schermerhorn Street, Suite 211
Brooklyn, New York 11201
(646) 932-1655

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                LORETTA GRECO

Sworn to before me this
February 8, 2008

_____
NOTARY PUBLIC

ELIZABETH PENAGOS
Notary Public, State of New York
No. 01PE6051168
Qualified in Nassau County
Commission Expires Oct. 30, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMANDA REED,

        Plaintiff,

-against-

PATHMARK,

        Defendant.

## JURY DEMAND

**KRAL, CLERKIN, REDMOND, RYAN
PERRY & GIRVAN, LLP**

Attorneys for PATHMARK

69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501
(516) 742-3470

§2103 (b) (5) Notice: Service of Papers by Electronic Means is Not Accepted

Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.

Dated: ..................................... Signature .....................................

Print Signer's Name.....................................

Service of a copy of the within                                              is hereby admitted.

Dated:

Attorney(s) for

**PLEASE TAKE NOTICE**

☐ NOTICE OF ENTRY — that the within is a (certified) true copy of a entered in the office of the clerk of the within-named Court on      20

☐ NOTICE OF SETTLEMENT — that an Order of which the within is a true copy will be presented for settlement to the Hon.     , one of the judges of the within-named Court, at on      20   , at      M.

Dated:

**KRAL, CLERKIN, REDMOND, RYAN
PERRY & GIRVAN, LLP**
Attorneys for

To:

69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501

Attorney(s) for