UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AMANDA REED,

                                  Plaintiff,

       -against-

PATHMARK,

                                Defendant.
---------------------------------------------------------------X

**INDEX NO. 08-CV-1254**

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE, that RIOS & LEVY, LLP, 3140 East Tremont Avenue, Second Floor, Bronx, New York 10461, hereby appears as counsel for plaintiff, AMANDA REED, in this action.

Dated: Bronx, New York
       May 13, 2008

                                                        _____/s/_____
                                                        Shane O. Rios, Esq. (2529)
                                                        RIOS & LEVY, LLP
                                                       *Counsel for Plaintiff*
                                                       3140 East Tremont Avenue
                                                       Bronx, New York 10461
                                                       (718) 684-2530
                                                       (718) 684-2531 (fax)