UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Amanda Reed

                  Plaintiff,                      08 CIVIL 1254 ( )

      -against-

Pathmark          Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Shane Omar Rios__

☒ **Attorney**

    ☒  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
          __SR 2529__

    ☐  I am a Pro Hac Vice attorney

    ☐  I am a Government Agency attorney

☒ **Law Firm/Government Agency Association**

    From: __Rios + Levy, LLP__

    To: __Kral, Clerkin, Redmond, Ryan, Perry + Girvan, LLP__

    ☒  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐  **Address:** __3140 East Tremont Avenue Second Floor, Bronx NY 10461__

☐  **Telephone Number:** __(718) 684-2530__

☐  **Fax Number:** __(718) 684-2531__

☐  **E-Mail Address:** __Shaneorios@yahoo.com__

Dated: __May 13, 2008__  Bronx, NY          __/s/ SOR (2529)__