UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Amanda Reed

　　　　　　　Plaintiff,　　　　　　　08 CIVIL 1254 ( )

-against-

Pathmark

　　　　　　　Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Shane O. Rios__

☐ **Attorney**

☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __SR2529__

☐ I am a Pro Hac Vice attorney

☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

From: __Rios & Levy, LLP, 200 Schermerhorn Street, Brooklyn, NY 11208__

To: __Rios & Levy, LLP, 3140 East Tremont Ave, Bronx, NY 10461__

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ Address: __3140 East Tremont Ave, Bronx, NY. 10461__

☐ Telephone Number: __(718) 684-2530__

☐ Fax Number: __(718) 684-2531__

☐ E-Mail Address: __Shanerios@riosandlevy.com__

Dated: __Bronx, NY.__
　　　　__5/29/08__

__Shane O. Rios, Esq.__